IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: ANGELA DODSON | § | Cause No. 25-42977 |
| | § | Chapter 7 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**Pursuant to Local Bankruptcy Rule 4001-1(b), a response is required to this motion, or the allegations in the motion may be deemed admitted, and an order granting the relief sought may be entered by default.**

**Any response shall be in writing and filed with the Clerk of the United States Bankruptcy Court at Eldon B. Mahoun U.S. Courthouse, 501 W. 10th St., Fort Worth, Texas 76102-3643 before close of business on October 6, 2025, which is at least 14 days from the date of service hereof. A copy shall be served upon counsel for the moving party and any trustee or examiner appointed in the case. Any response shall include a detailed and comprehensive statement as to how the movant can be "adequately protected" if the stay is to be continued.**

1. Movant, CENTRELAKE APARTMENTS LP DBA CENTREPORT LAKE, petitions this Court for relief from the automatic stay under 11 U.S.C. § 362(d)(1).

2. Movant is the owner and lessor of the real property located at 4360 DULLES DR, APT #8210, FORT WORTH TX 76155.

3. Debtor is the tenant in possession, under a written lease, of the property located at 4360 DULLES DR, APT #8210, FORT WORTH TX 76155.

4. Debtor filed a Chapter 7 petition in this bankruptcy court on 08/11/2025.

5. Debtor failed to make rental payments under the subject lease since on or about 03/01/2025.

6. As of the date of this filing, Debtor has not cured the default since the bankruptcy filing.

7. Based on the foregoing, movant seeks termination of the automatic stay to allow Movant to continue suit, to repossess the property, and seeks to recover its costs and reasonable attorney's fees.

   WHEREFORE, Movant requests an order for relief from the automatic stay.

/s/ James Q. Pope
James Q. Pope, 24048738
Attorney for Movant
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, TX 77036
Phone: 713.449.4481

Fax:  281.657.9693
Email:  jamesp@thepopelawfirm.com

### Certificate of Conference

As required by Local Bankruptcy Rule 9014-1(d)(1), the undersigned certifies that on September 4, 2025, at about 10:00 A.M. (central), I had a phone call with the Debtor as well as sent an email, and an agreement could not be reached.

/s/ James Q. Pope
James Q. Pope

### Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing document was served on September 22, 2025 by the Court's ECF noticing system on (i) the Debtors' counsel, (ii) counsel for any committee appointed or elected in this case; (iii) any party scheduled holding a lien against the property, (iv) the United States Trustee; (v) any trustee or examinator appointed in this case; and (vi) all parties requesting notice under L.B.R. 2002-1(j), as required under L.B.R. 4001-1, 7004, and 9014-1(b).

*Debtor*
ANGELA DODSON
4360 DULLES DR, APT #8210
FORT WORTH, TX 76155

*Trustee*
Behrooz P. Vida
3000 Central Drive
Bedford, TX 76021

*U.S Trustee*
United States Trustee
1100 Commerce, Room 976
Dallas, Texas 75242

/s/ James Q. Pope
James Q. Pope