**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In Re: ANGELA DODSON** | § | **Cause No. 25-42977** |
| | § | **Chapter 7** |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On September 22, 2025 a motion for relief from the automatic stay against was filed by **CENTRELAKE APARTMENTS LP DBA CENTREPORT LAKE** (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure, and/or eviction.

### END OR ORDER ###