Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM |
| Debtor | § | |
| | § | |

___

**TRUSTEE'S LIMITED OBJECTION TO EXEMPTIONS**

BEHROOZ P. VIDA, CHAPTER 7 TRUSTEE ("Trustee") of the above-referenced bankruptcy estate, files this *Trustee's Limited Objection to Exemptions* (the "Motion"), against ANGELA RENE DODSON ("Debtor"), and would respectfully show:

## NOTICE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, ROOM 147, FORT WORTH, TX 76102 BEFORE THE CLOSE OF BUSINESS ON DECEMBER 11, 2025, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON THE APPLICANT PRIOR TO THE DATE AND TIME SET FORTH ABOVE. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

## JURISDICTION AND VENUE

1. This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 proceeds.

4. This Motion is brought pursuant to 11 U.S.C. § 363.

## BACKGROUND FACTS

5. On, August 11, 2025, ANGELA RENE DODSON, filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the Northern District of Texas, Fort Worth Division.

6. Behrooz P. Vida was appointed as the Chapter 7 Trustee and continues to serve in that capacity.

7. On September 17, 2025, the First Meeting of Creditors was held and continued to October 7, 2025.

8. On October 7, 2025, the continued Meeting of Creditors was held and concluded.

9. On September 9, 2025, Debtor filed Schedules A/B through J, with summary of Assets and Liabilities [ECF#21].

10. On November 13, 2025, Debtor filed amended Schedule A/B and C [ECF#37].

11. Debtor listed on Schedule A/B a personal lawsuit: *Dodson vs. Duga* (Cause No. 017-354913-24) and valued it at $300,000.00 (the "Dog Bite Claim").

12. Debtor has elected to use Federal exemptions.

13. Debtor made exemption claims with respect to the Dog Bite Claim by exempting $31,575.00 under 11 U.S.C. § 522 (d)(11)(D) and $17,475.00 under 11 U.S.C. § 522(d)(5).

14. As a matter of precaution, Trustee objects to Debtor's claim of exemption of $31,575.00 under 11 U.S.C. § 522 (d)(11)(D), to the extent Debtor is attempting to include pain and suffering or compensation for actual pecuniary loss as part of her exemption claim.

15. Also, as a matter of precaution, Trustee objects to any attempt by Debtor to remove the Dog Bite Claim from the bankruptcy estate.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully requests that this Court enter an order granting the relief sought in the Objection and for such other and further relief to which Trustee may be justly entitled.

Respectfully submitted:

By: /s/ Behrooz P. Vida   November 20, 2025
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first-class mail to the parties indicated on mailing matrix filed with the Court.

| | |
|---|---|
| Warren Norred | VIA ECF |
| Ms. Angela Dodson<br>4360 Dulles Dr. #8210<br>Fort Worth, Texas 76155 | VIA USMAIL |

/s/ Behrooz P. Vida   November 20, 2025
Behrooz P. Vida