

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 5, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM-7 |
| Debtor | § | |

_____

### ORDER GRANTING TRUSTEE'S APPLICATION
### TO EMPLOY SPECIAL COUNSEL

Came to be considered on December 30, 2025, *Trustee's Application to Employ Special Counsel* (the "Application"), filed by BEHROOZ P. VIDA, CHAPTER 7 TRUSTEE ("Trustee"). Notice was duly and properly served. ANGELA RENE DODSON ("Debtor") opposed the Application. Trustee appeared but Debtor did not appear at the hearing on the Application.

After having considered Trustee's arguments, the pleading on file, the Court announced its ruling in open Court approving the Application.

**IT IS THEREFORE ORDERED** that the Trustee is authorized to employ the Noteboom - The Law Firm, as special counsel under 11 U.S.C. §§ 327(e) and 328(a) to provide legal services to Trustee as representative of the Bankruptcy Estate with all fees payable subject to interim and/or final application and approval of this Court.

**IT IS FURTHER ORDERED** that Special Counsel shall comply in all respects with N.D. TX L.B.R. 2016.1.

##### END OF ORDER #####

Prepared by:
Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
Proposed counsel for Chapter 7 Trustee