Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM-7 |
| Debtor | § | |

## TRUSTEE'S RESPONSE TO CLERK'S CORRESPONDANCE

COMES NOW, BEHROOZ P. VIDA, Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate, and files this Response to Clerk's Correspondence ("Response") and would respectfully show as follows:

On 10/7/2025, Trustee concluded the meeting of creditors. On 10/13/2025, Trustee filed a Notice of Assets in this case [*See* ECF No. 27].

Respectfully submitted:

By: /s/ Behrooz P. Vida        January 7, 2026
Behrooz P. Vida
State Bar No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
EMAIL: behrooz@vidatrsutee.com