

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 10, 2026

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| ANGELA RENE DODSON § | Case No. 25-42977-MXM |
| Debtor § | |
| § | |

### AGREED ORDER ON TRUSTEE'S LIMITED OBJECTION TO EXEMPTIONS

Came to be considered *Trustee's Limited Objection to Exemptions* (the "Objection"), filed by BEHROOZ P. VIDA, CHAPTER 7 TRUSTEE ("Trustee"), against ANGELA RENE DODSON ("Debtor"). The parties announced that they had reached an agreement with respect to the Objection. The Court is of the opinion that the Agreement of the parties should be approved.

**IT IS THEREFORE ORDERED** that Debtor shall have (a) an allowed exemption of $17,475.00 under 11 U.S.C. § 522(d)(5), and (b) an allowed exemption of $27,274.51 under 11 U.S.C. § 522 (d)(11)(D).

##### END OF ORDER #####

AGREED ORDER ON TRUSTEE'S LIMITED OBJECTION TO EXEMPTIONS                    PAGE 1 OF 2

AGREED AS TO FORM AND SUBSTANCE:

_____
Angela Dodson

_____
Clayton Evertt
SBOT No. 24065212
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
o: 817.704.3984
f: 817.524.6686
clayton@norredlaw.com
Attorney for Angela Dodson

_____
Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

AGREED ORDER ON TRUSTEE'S LIMITED OBJECTION TO EXEMPTIONS                    PAGE 2 OF 2

AGREED AS TO FORM AND SUBSTANCE:

_____
Angela Dodson


_____
Clayton Evertt
SBOT No. 24065212
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
o: 817.704.3984
f: 817.524.6686
clayton@norredlaw.com
Attorney for Angela Dodson


_____
Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

AGREED ORDER ON TRUSTEE'S LIMITED OBJECTION TO EXEMPTIONS                    PAGE 2 OF 2