

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 10, 2026



United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM |
| Debtor | § | |
| | § | |

### AGREED ORDER ON TRUSTEE'S LIMITED OBJECTION TO EXEMPTIONS

Came to be considered *Trustee's Limited Objection to Exemptions* (the "Objection"), filed by BEHROOZ P. VIDA, CHAPTER 7 TRUSTEE ("Trustee"), against ANGELA RENE DODSON ("Debtor"). The parties announced that they had reached an agreement with respect to the Objection. The Court is of the opinion that the Agreement of the parties should be approved.

IT IS THEREFORE ORDERED that Debtor shall have (a) an allowed exemption of $17,475.00 under 11 U.S.C. § 522(d)(5), and (b) an allowed exemption of $27,274.51 under 11 U.S.C. § 522 (d)(11)(D).

##### END OF ORDER #####

AGREED ORDER ON TRUSTEE'S LIMITED OBJECTION TO EXEMPTIONS      PAGE 1 OF 2

AGREED AS TO FORM AND SUBSTANCE:


_____
Angela Dodson


_____
Clayton Evertt
SBOT No. 24065212
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
o: 817.704.3984
f: 817.524.6686
clayton@norredlaw.com
Attorney for Angela Dodson


_____ Trustee
Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com


AGREED ORDER ON TRUSTEE'S LIMITED OBJECTION TO EXEMPTIONS                PAGE 2 OF 2

AGREED AS TO FORM AND SUBSTANCE:

*[signature]*
Angela Dodson

---

Clayton Evertt
SBOT No. 24065212
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
o: 817.704.3984
f: 817.524.6686
clayton@norredlaw.com
Attorney for Angela Dodson

---

Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

AGREED ORDER ON TRUSTEE'S LIMITED OBJECTION TO EXEMPTIONS        PAGE 2 OF 2

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-42977-mxm |
| Angela Rene Dodson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2026 | Form ID: pdf012 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Rene Dodson, 4360 Dulles Drive, #8210, Fort Worth, TX 76155-3538 |
| aty | + | Vida Law Firm, PLLC, 3000 Central Dr., Bedford, TX 76021-3671 |
| cr | + | CENTRELAKE APARTMENTS LP DBA CENTREPORT LAKE, The Pope Law Firm, 6161 Savoy, Suite 1125, Houston, TX 77036 UNITED STATES 77036-3343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Noteboom - The Law Firm |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2026         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida | |
| | on behalf of Trustee Behrooz P. Vida filings@vidalawfirm.com bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com |
| Behrooz P. Vida | |
| | behrooz@vidatrustee.com  bpv@trustsolutions.net;tracy@vidatrustee.com |
| Clayton Everett | |
| | on behalf of Debtor Angela Rene Dodson clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail. |

com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

James Q. Pope

    on behalf of Creditor CENTRELAKE APARTMENTS LP DBA CENTREPORT LAKE ecf@thepopelawfirm.com jpope@jubileebk.net

United States Trustee

    ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

    on behalf of Debtor Angela Rene Dodson warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 6