CAUSE NO. 017-354913-24

| | | |
|---|---|---|
| ANGELA DODSON,<br>*Plaintiff,* | § § § | IN THE DISTRICT COURT OF |
| v. | § § | TARRANT COUNTY, TEXAS |
| LINDITA DUGA and BASHKIM DUGA,<br>*Defendants.* | § § § | 17TH JUDICIAL DISTRICT |

### RELEASE, SETTLEMENT AND INDEMNITY AGREEMENT

BE IT KNOWN, that for and in Consideration of the sum of ONE HUNDRED TWENTY THOUSAND AND 00/100 DOLLARS ($120,000.00) and other valuable consideration, the receipt of which is hereby acknowledged, I, Angela Dodson, on behalf of myself, my heirs, executors, administrators and assigns, release and forever discharge Lindita Duga, Bashkim Duga, MID-CENTURY INSURANCE COMPANY OF TEXAS, their agents, heirs, attorneys, assigns, executors, employees, predecessors, successors, representatives and all other persons, firms or corporations in privity with them, ("**Released Parties**") of and from any and all claims, demands, damages, actions, causes of action, or suits at law or in equity, of whatsoever kind or nature, for or because of any matter or thing done, omitted, or suffered to be done by **Released Party** prior to and including the date hereof, and particularly on account of all damages to person or property resulting, or to result, from an incident which occurred on or about May 16, 2023, in TARRANT County, Texas.

It is understood and agreed that the payment of said sum is not to be construed as an admission of any liability whatsoever by any party released herein.

As part of the consideration for the payment of the above-mentioned sum of money, I, for myself, my heirs, executors, administrators and assigns, have agreed to and do hereby INDEMNIFY AND HOLD HARMLESS EACH AND ALL OF THE PARTIES HEREBY RELEASED FROM ANY AND ALL CLAIMS, DEMANDS, ACTIONS AND CAUSES OF ACTION, OF

RELEASE, SETTLEMENT AND INDEMNITY AGREEMENT



WHATSOEVER NATURE OR CHARACTER, WHICH HAVE BEEN OR WHICH MAY HEREAFTER BE ASSERTED BY ANY PERSON, FIRM OR CORPORATION WHOMSOEVER CLAIMING BY, THROUGH OR UNDER ME OR ANY OF US REGARDLESS OF CAUSE OR OF THE SOLE, COMPARATIVE, OR CONCURRENT NEGLIGENCE OR GROSS NEGLIGENCE OF THE PARTIES RELEASED RELATING TO THE INCIDENT.

I, the undersigned, to secure this payment, hereby warrant and covenant that, as a result of the above incident, all hospital bills and any and all liens of any nature whatsoever, not limited to but including worker's compensation liens, hospital liens, Medicare/Medicaid liens, and child support liens have been paid, will be paid by the undersigned, or have been waived by the lienholder(s). I further agree to **DEFEND, INDEMNIFY AND HOLD HARMLESS** the parties released herein from any claims arising as a result of such liens.

Further, as a condition of the settlement and release I represent and warrant that as of the date of this signing, I have provided the Released Parties' insurer, MID-CENTURY INSURANCE COMPANY OF TEXAS ("Insurer") all information I know about any and all Medicare rights to recovery as of this date. **I AGREE TO REIMBURSE, DEFEND, INDEMNIFY AND HOLD HARMLESS** each of the persons, firms, corporations released hereunder and their Insurer, including their agents and assigns, with respect to all known and unknown Medicare rights to recovery related to the subject accident for which the federal government may seek repayment as well as any fine or penalty the federal government may seek resulting from the sufficiency and accuracy of the information I have provided to Insurer regarding Medicare rights to recovery known as of this date.

In addition, as part of the consideration for the payment of the above-mentioned sum of money, I, for myself, my heirs, executors, administrators and assigns hereby covenant not to bring or

**RELEASE, SETTLEMENT AND INDEMNITY AGREEMENT**

cause others to bring any judicial proceedings or make any claims, demands, and/or causes of action, directly or indirectly, in law or in equity, regarding the claim(s) released herein. I warrant that I have read this release, settlement and indemnity agreement and/or that it has been fully explained to me by counsel of my own choosing and fully understand it is a compromise settlement and release as to any and all matters aforesaid, whether now known or which may hereafter develop. I further warrant that no representation of any kind or character has been made to me by any person as an inducement for the execution of this release and covenant not to sue and that the undersigned is of legal age and legally competent to execute this release. I acknowledge that I am not relying on any statement or representation made by the Released Parties and that I am relying on my own independent judgment and/or the judgment of counsel of my own choosing.

I further understand that no person or persons has authority for or on behalf of the Released Parties to make any representations or promises or offer any consideration not expressed herein.

The sums paid to the undersigned constitute damages (other than punitive damages) on account of personal injury or physical sickness, within the meaning of Sections 104(a)(2) of the Internal Revenue Code.

This Agreement is subject to the approval of the bankruptcy court presiding over Releasor's bankruptcy. Also, Behrooz P. Vida, Trustee of the Bankruptcy Estate of Angela Dodson, by signing this document, does not agree to reimburse, defend, indemnify and hold harmless Lindita Duga, Bashkim Duga, MID-CENTURY INSURANCE COMPANY OF TEXAS, Their agents, heirs, attorneys, assigns, executors, employees, predecessors, successors, representatives and all other persons, firms or corporations in privity with them.

I have hereunto set my hand this 8th day of December, 2025.

**RELEASE, SETTLEMENT AND INDEMNITY AGREEMENT**

THIS IS A FULL, FINAL AND
COMPLETE RELEASE OF ALL CLAIMS

_____
Angela Dodson

**Unsworn Declaration**
(Texas Civil Practice and Remedies Code, Section 132.001)

My name is: **Angela Dodson**

My date of birth is: **2-13-1972**

My address is: **4360 Dulles Drive # 8210 Fort Worth TX 76155**

And residing in **Tarrant** County.

**I declare under penalty of perjury that I have read and agree to this RELEASE, SETTLEMENT AND INDEMNITY AGREEMENT.**

Signed in **Tarrant** County, Texas, on this **8th** of **December**, 2025.

_____
Signature line

Pursuant to Texas Civil Practice and Remedies Code Section 132.001, an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by rule, order or requirement adopted as provided by law. This provision does not apply to a lien required to be filed with a county clerk, an instrument concerning real or personal property required to be filed with a county clerk, or an oath of office or an oath required to be taken before a specified official other than a notary public. An unsworn declaration made under this section must be, one) in writing, 2) signed by the person making the declaration is true under penalty of perjury and 3) in substantially the form used above.

**RELEASE, SETTLEMENT AND INDEMNITY AGREEMENT**

THIS IS A FULL, FINAL AND
COMPLETE RELEASE OF ALL CLAIMS

_____
Behrooz Vida, Trustee of the Bankruptcy
Estate of Angela Dodson

**Unsworn Declaration**
(Texas Civil Practice and Remedies Code, Section 132.001)

My name is: Behrooz P. Vida, Trustee of The Bankruptcy Estate of Angela Dodson

My date of birth is: 1/7/1960

My address is: 3000 Central Drive, Bedford, TX 76021

And residing in Tarrant County.

I declare under penalty of perjury that I have read and agree to this RELEASE, SETTLEMENT AND INDEMNITY AGREEMENT.

Signed in Tarrant County, Texas, on this 6th of January, 2026.

_____
Signature line

Pursuant to Texas Civil Practice and Remedies Code Section 132.001, an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by rule, order or requirement adopted as provided by law. This provision does not apply to a lien required to be filed with a county clerk, an instrument concerning real or personal property required to be filed with a county clerk, or an oath of office or an oath required to be taken before a specified official other than a notary public. An unsworn declaration made under this section must be one) in writing, 2) signed by the person making the declaration is true under penalty of perjury and 3) in substantially the form used above.

RELEASE, SETTLEMENT AND INDEMNITY AGREEMENT