Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
Proposed Counsel for Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM-7 |
| Debtor | § | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF CONTINGENCY
FEE AND REIMBURSEMENT OF EXPENSES OF TRUSTEE'S SPECIAL COUNSEL**

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10th ST., FORT WORTH, TEXAS 76102-3643 BEFORE CLOSE OF BUSINESS ON MARCH 16, 2026, WHICH IS AT LEAST TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE JUDGE OF SAID COURT:

Noteboom - The Law Firm ("Applicant"), special counsel to Behrooz P. Vida ("Trustee"), files its *First and Final Application for Allowance of Contingency Fee and Reimbursement of Expenses of Trustee's Special Counsel* ("Application"), and presents as follows:

## I.　JURISDICTION AND VENUE

1.　This Court has jurisdiction over the subject matter of this Application under 28 U.S.C. §§ 157 and 1334. Consideration of this Application is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.　FACTS

2.　On August 11, 2025, ANGELA RENE DODSON ("Debtor") filed chapter 7 bankruptcy. Behrooz P. Vida was thereafter appointed interim trustee of the estate, subsequently qualified, and is now the acting Chapter 7 Trustee.

3.　Trustee determined that the Bankruptcy Estate had an interest in a non-exempt personal injury claim stemming from a dog bite incident which took place on or about May 16, 2023, which resulted in Debtor commencing the lawsuit styled: *Angela Dodson, Plaintiff vs. Lindita Duga and Bashkim Duga, Defendants*, Cause No. 017-354913-24, in the 17th District Court, Tarrant County, Texas (the "State Court Litigation").

4.　On, October 22, 2025, Trustee filed his application to employ Applicant as Special Counsel under 11 U.S.C. §327(e) to pursue the State Court Litigation.

5.　On January 5, 20265, this Court entered an order approving the employment of Applicant as Special Counsel.

6.　Ultimately, Applicant was able to settle the State Court Litigation.

7.　Concurrent with this Application, Trustee has filed his motion for approval of the Settlement under Federal Rule of Bankruptcy Procedure 9019(a) (the "9019 Motion"). In the interest of judicial economy and efficiency, Applicant is filing this Application in anticipation of the

Court approving the Settlement and granting the 9019 Motion. In the event the 9019 Motion is denied, Applicant will withdraw the Application.

8. Applicant performed its services for Trustee on a contingent fee basis pursuant to 11 U.S.C. §§ 327(e) and 328(a).

9. Under the Attorney Employment Contract approved by this Court, if settlement was reached with a party before commencing lawsuit, Applicant would have been entitled to 33 1/3% of the gross recovery and if settlement was reached after a lawsuit had been filed, Applicant would have been entitled to 40% of the gross recovery. Since lawsuit was commenced in this instance, Applicant is entitled to 40% of gross recovery generated from the settlement reached with the defendants in the State Court Litigation. Also, all of Applicant's expenses are deducted from the total recovery and paid to Applicant in addition to the 40%. *See* ECF No. 30-2.

10. There has been no previous request for compensation or reimbursement of expenses by Applicant in this case.

11. No promises have been made regarding compensation to be paid to Applicant.

### III. RELIEF REQUESTED

12. Applicant requests that it be awarded the percentage fee which has already been approved by the Court. In this instant Applicant is entitled to a contingency fee of $48,000.00 (.4 x $120,000.00).

13. Applicant incurred actual expenses/disbursements of $16,414.59. *See* Exhibit 1 attached to this Application which provides a detailed summary of the expenses incurred by Applicant.

14. Applicant states that no agreement or understanding exists between Applicant and any other person to share compensation received or to be received for services rendered in or in

connection with this chapter 7 case, nor shall Applicant share or agree to share the compensation paid or allowed from the bankruptcy estate for such services with any other person.

15. Applicant does not and has not held or represented any interest adverse to Debtor or to Trustee; it has been always a disinterested party.

16. The foregoing constitutes the Applicant's statement pursuant to section 11 U.S.C. § 504 and Federal Rule of Bankruptcy Procedure 2016(a).

## V.    CONCLUSION

WHEREFORE, Applicant respectfully requests that the Court enter an order: (i) granting the Application; (ii) allowing Applicant reimbursement for reasonable and necessary expenses incurred in prosecuting the State Court Litigation in the amount of $16,414.59; (iii) allowing Applicant its contingent fees for professional services rendered as special litigation counsel to Trustee in the amount of $48,000.00; and (iv) authorizing Trustee to pay Applicant the amounts sought in this Application, and (v) Grant Applicant such other and further relief which is deemed appropriate.

Respectfully submitted:

By: /s/ Behrooz P. Vida   February 19, 2026
Behrooz P. Vida
State Bar No. 20578040
Carla Reed Vida
State Bar No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
EMAIL: filings@vidalawfirm.com
TEL: (817) 358-9977
FAX: (817) 358-9988
ATTORNEYS FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first-class mail to the parties indicated below as well as the parties listed on mailing matrix filed with the Court.

| | |
|---|---|
| Angela Dodson<br>2113 Emerson Ln<br>Denton, TX 76209 | Via US Mail |
| Office of U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-1699 | Via ECF |
| Christopher C. Sisk<br>Noteboom - The Law Firm<br>669 Airport Freeway, Suite 100<br>Hurst, Texas 76053 | Via US Mail |
| Parties having filed NOA | Via ECF |

By: /s/ Behrooz P. Vida   2/19/2026
Behrooz P. Vida

Angela Rene Dodson
4360 Dulles Drive
#8210
Fort Worth, TX 76155-3538

Automotive Finance
6829 Smithfield Road
North Richland Hills, Texas 76180

CENTRELAKE APARTMENTS LP DBA
CENTREPORT LAKE
The Pope Law Firm
6161 Savoy
Suite 1125
Houston, TX 77036-3343

Harris HEB
Hospital
1600 Hospital Pkwy
Bedford, TX 76022-6913

I.Q. Data International Inc
Property Debt re: Harwood Hills
P.O. Box 39
Bothell, WA 98041-0039

In & Out Auto d/b/a 1st Place Auto
Auto Dealership & Finance
6550 Denton Highway
Fort Worth, Texas 76148

JPS Hospital
1500 S. Main Street
Fort Worth, Texas 76104

Medical City North Richland Hills
Emergency Hospital
4401 Booth Calloway Rd
North Richland Hills, TX 76180-7371

Midland Credit Management
Debt Buyer
320 E. Big Beaver Rd., Ste. 300
Troy, MI 48083-1271

National Credit Adjusters
Debt Buyer
327 W. 4 th Ave
Hutchinson, KS 67501-4842

NATIONAL CREDIT AUDIT CORPORATION
12770 COIT RD STE 1000
P O BOX 515489
DALLAS TX 75251-5489

Out Auto, dba 1st Place Auto
Dealership and Finance
Denton Highway
Worth, TX 76148-2511

QT
PO 2009
Tulsa, OK 74101-2009

Regional Acceptance Corporation
Auto Finance Company
1424 Fire Tower Road
Greenville, NC 27858-4105

Richmark Properties
Property Manager
91 E 700 S.
Logan, UT 84321-5769

The City of Hurst
Ambulance
2100 Precinct Line Rd.
Hurst, TX 76054-3137