IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM-7 |
| Debtor | § | |

## DECLARATION OF CHRISTOPHER C. SISK
## IN SUPPORT OF SPECIAL COUNSEL'S FEE APPLICATION

| | |
|---|---|
| STATE OF TEXAS | )( |
| COUNTY OF TARRANT | )( |

1. My name is Christopher C. Sisk.

2. I am over twenty-one (21) years of age, of sound mind, capable of and fully competent to make this deceleration on personal knowledge.

3. I have read the *First and Final Application for Allowance of Contingency Fee and Reimbursement of Expenses of Trustee's Special Counsel* ("Application"), and it is true and correct to the best of my knowledge.

4. I am an attorney at law, duly licensed to practice law in State of Texas since 2015. My Texas State Bar number is 24095351. I am in good standing on my license to practice law. I am a practicing attorney at Noteboom - The Law Firm, 669 Airport Freeway, Suite 100, Hurst, Texas 76053 ("Applicant").

5. Based on its retainer agreement Applicant requests that it be awarded a total fee of $48,000.00 (.4 x $120,000.00).

6. Based on its retainer agreement Applicant requests recovery of its incurred actual expenses/disbursements as follows:

**Case Expenses:**
    Court Costs:

| | |
|---|---:|
| Court Filing Fees | 376.58 |
| U.S. Legal Support - Depo Dodson | 451.50 |
| Preferred Legal Services - Depo Lindita | 475.00 |
| Preferred Legal Services - Depo Bashkim | 460.00 |
| Discovery Records - DWQs Snohomish Animal Control | 85.00 |
| WA Pro Se - Subpoena Domestication | 784.94 |
| Canahan & Carnahan, P.C. – Mediation | 695.00 |

DECLARATION IN SUPPORT OF SPECIAL COUNSEL'S FEE APPLICATION    PAGE 1 of 2

| | |
|---|---|
| Assist Litigation - Service Lindita and Bashkim | 170.00 |

Medical Records:

United Record Services:

| | |
|---|---|
| City of Hurst-Med Recs & Bill | 123.27 |
| Texas Health HEB-Med Recs & Bill | 268.37 |
| Texas Medicine-Med Recs & Bill | 119.58 |
| JPS Health Network-Med Recs & Bill | 279.78 |
| Regal Oak Counseling-Med Recs & Bill | 35.00 |

ChartSwap:

| | |
|---|---|
| Texas Health Resources-Bill | 103.48 |
| Texas Radiology-Med Recs | 31.98 |
| CVS Pharmacy-Bill | 71.50 |
| JPS Health Network-Med Recs | 71.50 |
| Tricam Video Productions - Video Depo Bashkim | 160.00 |
| Summit Investigations - Locate Affiant's Daughter | 541.50 |
| Mark Bishara, M.D., P.A. - Expert and Trial Testimony | 10,500.00 |
| Seattle Police Department - Public Records | 1.25 |
| Westlaw, SOS, TLO Research | 397.42 |
| Copies/Reproduction | 195.12 |
| Postage | 16.82 |
| Investigation (REW No Charge) | - |
| **TOTAL CASE EXPENSES** | **$16,414.59** |

7.  The following medical providers, have been provided letters of protection by Applicant, and require to be paid by Trustee in the following amounts:

| | | |
|---|---|---|
| i. | Elevate HC Texas | $1,575.00 |
| ii. | Desiree Woodside-Nest Counseling | $ 75.00 |
| | **TOTAL:** | **$1,650.00** |

8.  Once the above medical providers in paragraph 7 are paid the amounts stated above, their claims will be satisfied in full.

9.  Applicant is not aware of any other medical providers entitled to payment under a letter of protection.

10. Applicant is willing and able to provide supporting documents for items listed in paragraphs (6) and (7) of this declaration.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 16_, 2026.

_____
Christopher C. Sisk

DECLARATION IN SUPPORT OF SPECIAL COUNSEL'S FEE APPLICATION          PAGE 2 of 2