

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 30, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM-7 |
| Debtor | § | |

_____

### ORDER GRANTING MOTION TO APPROVE
### SETTLEMENT AGREEMENT AND RELEASE

Came to be considered the *Motion to Approve Settlement Agreement and Release* (the "Motion") [ECF No. 54], filed by Chapter 7 Trustee, Behrooz P. Vida ("Trustee"). Notice was duly and properly served.  No objections were filed.  The Court is of the opinion that the relief sought in the Motion should be granted.

**IT IS THEREFORE ORDERED** that the settlement agreement attached to the Motion

as Exhibits A is approved.

**IT IS FURTHER ORDERED** that the agreement reached between Trustee and Debtor

with respect to Debtor's claim of exemptions is approved.

* * END OF ORDER * *

Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
Counsel for Chapter 7 Trustee