

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 30, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM-7 |
| Debtor | § | |

_____

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF CONTINGENCY FEE AND REIMBURSEMENT OF EXPENSES OF TRUSTEE'S SPECIAL COUNSEL

Came to be considered the *First and Final Application for Allowance of Contingency Fee and Reimbursement of Expenses of Trustee's Special Counsel* ("Application") [ECF No. 55], filed by Chapter 7 Trustee, Behrooz P. Vida ("Trustee"). Notice was duly and properly served. No objections were filed. The Court is of the opinion that the Application should be granted.

**IT IS THEREFORE ORDERED** that if after 15 days from the entry of this Order no party in interest objects to this Order or appeals from it, Trustee shall have the authority: (a) to disburse to Noteboom - The Law Firm, 669 Airport Freeway, Suite 100, Hurst, Texas 76053, the total sum of $16,414.59 towards expenses incurred and the total amount of $48,000.00 towards the contingent fee approved based on Declaration of Christopher C. Sisk [ECF No. 55b], and (b) to disburse to parties having received letters of protection listed in Declaration of Christopher C. Sisk [ECF No. 55b], as follows:

|      |                                        |           |
|------|----------------------------------------|-----------|
| i.   | Elevate HC Texas                       | $1,575.00 |
| ii.  | Desiree Woodside-Nest Counseling       | $   75.00 |
|      | TOTAL:                                 | $1,650.00 |

### * * END OF ORDER * *

Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
Counsel for Chapter 7 Trustee