United States Bankruptcy Court

Northern District of Texas

In re: Case No. 25-42977-mxm

Angela Rene Dodson Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: pdf012 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Rene Dodson, 4360 Dulles Drive, #8210, Fort Worth, TX 76155-3538 |
| aty | + | Vida Law Firm, PLLC, 3000 Central Dr., Bedford, TX 76021-3671 |
| cr | + | CENTRELAKE APARTMENTS LP DBA CENTREPORT LAKE, The Pope Law Firm, 6161 Savoy, Suite 1125, Houston, TX 77036 UNITED STATES 77036-3343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida | on behalf of Trustee Behrooz P. Vida filings@vidalawfirm.com bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com |
| Behrooz P. Vida | behrooz@vidatrustee.com bpv@trustesolutions.net;tracy@vidatrustee.com |
| Behrooz P. Vida | on behalf of Spec. Counsel Noteboom - The Law Firm behrooz@vidatrustee.com bpv@trustesolutions.net;tracy@vidatrustee.com |
| Clayton Everett | on behalf of Debtor Angela Rene Dodson clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

District/off: 0539-4                          User: admin                                    Page 2 of 2

Date Rcvd: Mar 31, 2026                       Form ID: pdf012                                Total Noticed: 3

James Q. Pope

 on behalf of Creditor CENTRELAKE APARTMENTS LP DBA CENTREPORT LAKE ecf@thepopelawfirm.com
 jpope@jubileebk.net

United States Trustee

 ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

 on behalf of Debtor Angela Rene Dodson warren@norredlaw.com
 anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
 iley@norredlaw.com


TOTAL: 7



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 30, 2026**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM-7 |
| Debtor | § | |

---

### ORDER GRANTING MOTION TO APPROVE
### SETTLEMENT AGREEMENT AND RELEASE

Came to be considered the *Motion to Approve Settlement Agreement and Release* (the "Motion") [ECF No. 54], filed by Chapter 7 Trustee, Behrooz P. Vida ("Trustee"). Notice was duly and properly served.  No objections were filed.  The Court is of the opinion that the relief sought in the Motion should be granted.

**IT IS THEREFORE ORDERED** that the settlement agreement attached to the Motion

as Exhibits A is approved.

**IT IS FURTHER ORDERED** that the agreement reached between Trustee and Debtor

with respect to Debtor's claim of exemptions is approved.

**\* \* END OF ORDER \* \***

Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
Helenna Bird, SBOT No. 24085205
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
Counsel for Chapter 7 Trustee