United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-42977-mxm |
| Angela Rene Dodson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 31, 2026 | Form ID: pdf012 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Rene Dodson, 4360 Dulles Drive, #8210, Fort Worth, TX 76155-3538 |
| aty | + | Vida Law Firm, PLLC, 3000 Central Dr., Bedford, TX 76021-3671 |
| cr | + | CENTRELAKE APARTMENTS LP DBA CENTREPORT LAKE, The Pope Law Firm, 6161 Savoy, Suite 1125, Houston, TX 77036 UNITED STATES 77036-3343 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Behrooz P. Vida | on behalf of Trustee Behrooz P. Vida filings@vidalawfirm.com bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com |
| Behrooz P. Vida | behrooz@vidatrustee.com  bpv@trustesolutions.net;tracy@vidatrustee.com |
| Behrooz P. Vida | on behalf of Spec. Counsel Noteboom - The Law Firm behrooz@vidatrustee.com  bpv@trustesolutions.net;tracy@vidatrustee.com |
| Clayton Everett | on behalf of Debtor Angela Rene Dodson clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

District/off: 0539-4                     User: admin                              Page 2 of 2

Date Rcvd: Mar 31, 2026                  Form ID: pdf012                          Total Noticed: 3

James Q. Pope
                on behalf of Creditor CENTRELAKE APARTMENTS LP DBA CENTREPORT LAKE ecf@thepopelawfirm.com
                jpope@jubileebk.net

United States Trustee
                ustpregion06.da.ecf@usdoj.gov

Warren V. Norred
                on behalf of Debtor Angela Rene Dodson warren@norredlaw.com
                anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;ka
                iley@norredlaw.com


TOTAL: 7



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 30, 2026**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ANGELA RENE DODSON | § | Case No. 25-42977-MXM-7 |
| Debtor | § | |

---

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR
### ALLOWANCE OF CONTINGENCY FEE AND REIMBURSEMENT
### OF EXPENSES OF TRUSTEE'S SPECIAL COUNSEL

Came to be considered the *First and Final Application for Allowance of Contingency Fee and Reimbursement of Expenses of Trustee's Special Counsel* ("Application") [ECF No. 55], filed by Chapter 7 Trustee, Behrooz P. Vida ("Trustee"). Notice was duly and properly served. No objections were filed. The Court is of the opinion that the Application should be granted.

ORDER GRANTING FEE APPLICATION                                                    PAGE 1 OF 2

**IT IS THEREFORE ORDERED** that if after 15 days from the entry of this Order no party in interest objects to this Order or appeals from it, Trustee shall have the authority: (a) to disburse to Noteboom - The Law Firm, 669 Airport Freeway, Suite 100, Hurst, Texas 76053, the total sum of $16,414.59 towards expenses incurred and the total amount of $48,000.00 towards the contingent fee approved based on Declaration of Christopher C. Sisk [ECF No. 55b], and (b) to disburse to parties having received letters of protection listed in Declaration of Christopher C. Sisk [ECF No. 55b], as follows:

| | | |
|---|---|---|
| i. | Elevate HC Texas | $1,575.00 |
| ii. | Desiree Woodside-Nest Counseling | $ 75.00 |
| | TOTAL: | $1,650.00 |

**\* \* END OF ORDER \* \***

Behrooz P. Vida, SBOT No. 20578040
Carla R. Vida, SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
Counsel for Chapter 7 Trustee