**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 25-42977-MXM | | Trustee Name: | Behrooz P. Vida |
| Case Name: | DODSON, ANGELA RENE | | Date Filed (f) or Converted (c): | 08/11/2025 (f) |
| For the Period Ending: | 12/31/2025 | | §341(a) Meeting Date: | 09/17/2025 |
| | | | Claims Bar Date: | 01/11/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Value | Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA =§ 554(a) abandon. | Sales/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Leased premises at 4360 Dulles Drive #8210, Fort Worth, TX 76155 **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** No property of estate. | | | | | |
| 2  2010 Cadillac SRX with 118,525 miles | $5,125.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 3  Sofa, beds, nightstands, dressers, tables, art, chairs, linens, small kitchen appliances, kitchenware, houseware, household tools | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 4  Television, smart phone | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 5  Clothing, shoes, accessories | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 6  Everyday jewelry, costume jewelry | $10.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Exempt asset. | | | | | |
| 7  Bank of America | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Property of estate. Of inconsequential value to the estate. | | | | | |
| 8  PNC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Property of estate. Of inconsequential value to the estate. | | | | | |
| 9  Claim against previous landlord $20,000 | $20,000.00 | $1.00 | | $0.00 | $1.00 |
| **Asset Notes:** Property of estate. The value assigned to the Bankruptcy Estate's interest in this asset is strictly for the purpose of satisfying the United States Trustee's internal rules and requirements. The value assigned is not intended in any way to be binding on the Bankruptcy Trustee or the Bankruptcy Estate as a true value. | | | | | |
| 10  Personal Injury Claim - Dog bite claim: Dodson v. Duga (Cause No. 017-354913-24) $300,000 **(u)** | $300,000.00 | $75,250.49 | | $0.00 | $120,000.00 |
| **Asset Notes:** Partially exempt and partially property of estate. The exempt portion consists of $44,749.51 (i.e., $17,475.00 under 11 U.S.C. § 522(d)(5), and $27,274.51 under 11 U.S.C. § 522 (d)(11) (D)). The remainder is property estate and partially subject to administrative claim by Special Counsel. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $325,485.00 | $75,251.49 | | $0.00 | $120,001.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2

| Case No.: | 25-42977-MXM | Trustee Name: | Behrooz P. Vida |
|---|---|---|---|
| Case Name: | DODSON, ANGELA RENE | Date Filed (f) or Converted (c): | 08/11/2025 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 09/17/2025 |
| | | Claims Bar Date: | 01/11/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/03/2026 | Trustee issued a check to the debtor representing the Section 522(d)(5) portion of her exemptions claim. |
| 02/06/2026 | Trustee' and Debtor's counsel reached an agreement on the exemptions claim. |
| 01/07/2026 | Trustee signed on to the Settlement and Release Agreement subject to approval by the Bankruptcy Court. |
| 12/05/2025 | Proposed special counsel is negotiating a potential settlement on the personal injury case. |
| 11/17/2025 | Trustee will be filing an objection to the debtor's claim of exemptions. |
| 10/20/2025 | Trustee will soon retain general counsel and special counsel. |
| 10/10/2025 | Trustee will declare this case as an asset case. |

Initial Projected Date Of Final Report (TFR):   08/11/2027     Current Projected Date Of Final Report (TFR):   08/11/2027     /s/ BEHROOZ P. VIDA

BEHROOZ P. VIDA