**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1

| | |
|---|---|
| **Case No.:** | 25-42977-MXM |
| **Case Name:** | DODSON, ANGELA RENE |
| **For the Period Ending:** | 06/30/2026 |

| | |
|---|---|
| **Trustee Name:** | Behrooz P. Vida |
| **Date Filed (f) or Converted (c):** | 08/11/2025 (f) |
| **§341(a) Meeting Date:** | 09/17/2025 |
| **Claims Bar Date:** | 01/11/2026 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Leased premises at 4360 Dulles Drive #8210, Fort Worth, TX 76155 **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | No property of estate. | | | | | |
| 2 | 2010 Cadillac SRX with 118,525 miles | $5,125.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 3 | Sofa, beds, nightstands, dressers, tables, art, chairs, linens, small kitchen appliances, kitchenware, houseware, household tools | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 4 | Television, smart phone | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 5 | Clothing, shoes, accessories | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 6 | Everyday jewelry, costume jewelry | $10.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempt asset. | | | | | |
| 7 | Bank of America | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Property of estate.   Of inconsequential value to the estate. | | | | | |
| 8 | PNC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Property of estate.   Of inconsequential value to the estate. | | | | | |
| 9 | Claim against previous landlord $20,000 | $20,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Property of estate.   Trustee has determined this asset is of inconsequential value to the estate. | | | | | |
| 10 | Personal Injury Claim - Dog bite claim: Dodson v. Duga (Cause No. 017-354913-24) valued at $300,000 **(u)** | $300,000.00 | $75,250.49 | | $120,000.00 | FA |
| **Asset Notes:** | Partially exempt and partially property of estate.   The exempt portion consists of $44,749.51 (i.e., $17,475.00 under 11 U.S.C. § 522(d)(5), and $27,274.51 under 11 U.S.C. § 522 (d)(11) (D)). See Bankruptcy Court orders entered as ECF No. 52 and ECF No. 56. | | | | | |

| | | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $325,485.00 | $75,250.49 | | $120,000.00 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2

| | |
|---|---|
| **Case No.:** | 25-42977-MXM |
| **Case Name:** | DODSON, ANGELA RENE |
| **For the Period Ending:** | 06/30/2026 |

| | |
|---|---|
| **Trustee Name:** | Behrooz P. Vida |
| **Date Filed (f) or Converted (c):** | 08/11/2025 (f) |
| **§341(a) Meeting Date:** | 09/17/2025 |
| **Claims Bar Date:** | 01/11/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/12/2026 | Trustee's counsel has waived fees and will not be filing a fee application. |
| 04/17/2026 | Trustee made distributions to administrative claimants. |
| 03/03/2026 | Trustee issued a check to the debtor representing the Section 522(d)(5) portion of her exemptions claim. |
| 02/06/2026 | Trustee' and Debtor's counsel reached an agreement on the exemptions claim. |
| 01/07/2026 | Trustee signed on to the Settlement and Release Agreement subject to approval by the Bankruptcy Court. |
| 12/05/2025 | Proposed special counsel is negotiating a potential settlement on the personal injury case. |
| 11/17/2025 | Trustee will be filing an objection to the debtor's claim of exemptions. |
| 10/20/2025 | Trustee will soon retain general counsel and special counsel. |
| 10/10/2025 | Trustee will declare this case as an asset case. |

**Initial Projected Date Of Final Report (TFR):**   08/11/2027

**Current Projected Date Of Final Report (TFR):**   01/08/2027

/s/ BEHROOZ P. VIDA

BEHROOZ P. VIDA